ALEXANDER B. CVITAN (SBN 81746),
E-Mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720), and
E-Mail: marshah@rac-law.com
ALLAN D. SHULDINER (SBN 252259), Members of
E-Mail: allans@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (2l3) 386-5583

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WATER WORKS PIPELINE, INC., a California corporation, DOE 1 through DOE 5, inclusive,<br><br>Defendants. | CASE NO. CV12-00452 SJO(SHx)<br><br>DEFAULT JUDGMENT<br><br>[Fed.R.Civ.P. 55(b)(2)]<br><br>DATE: AUGUST 6, 2012<br>TIME: 10:00 A.M.<br>PLACE: COURTROOM 1<br>2nd Floor<br>312 North Spring Street<br>Los Angeles, CA 90012<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

The Defendant, WATER WORKS PIPELINE, INC., a California corporation ("EMPLOYER"), has been regularly served with process and has failed to appear and answer the Plaintiff's Complaint. The default of EMPLOYER has been entered.

EMPLOYER is not an infant, or incompetent person, and the Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to the Defendant.

The issue of the amount of damages was submitted to the Court by motion supported by Declarations.

Based upon the Motion for Default Judgment, the Declarations submitted and

all other records and documents on file;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter referred to collectively as "TRUST FUNDS"), and against Defendant, WATER WORKS PIPELINE, INC., a California corporation as follows:

   a. Plaintiff is awarded Judgment for the principal sum of $50,597.54, $3,629.95 in attorney's fees, and $737.98 for costs of suit, for a total Judgment sum of $54,965.47, covering the period from July 1, 2008 to November 30, 2010.

2. The money judgment entered in this action is for known delinquencies incurred during the period from July 1, 2008 through November 30, 2010.

Dated:   August 7, 2012

*S. James Otero*

_____
S. JAMES OTERO, JUDGE OF THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party of the within action. My business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

On **July 3 , 2012**, I served the foregoing document described as: **[PROPOSED] DEFAULT JUDGMENT**, the parties or attorneys for parties in this action who are identified below using the following means of service (if more than one means of service is checked:

| | |
|---|---|
| WATER WORKS PIPELINE, INC.<br>a California corporation<br><br>Glendora, CA 91740 | SECRETARY OF STATE<br>1500 11st Street, 3rd Floor, #390<br>Sacramento, CA<br><br>Person authorized to accept service on behalf of Water Works Pipeline, Inc. |

☐ **BY FACSIMILE TRANSMISSION**. I caused _ the original or _ a true and correct copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

**X** **BY MAIL**. I placed _ the original or **x** a true and correct copy of the foregoing document in sealed envelope(s) individually addressed to each of the parties and caused each such envelope to be deposited in the mail. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, mail is deposited with the U.S. Postal Service on the same day that it is collected in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **July 3, 2012**, at Los Angeles, California.

**X** **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

                                              /s/Virginia Alvarez
                                              Virginia Alvarez